IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01344-LTB

VICKI DILLARD CROWE,

    Plaintiff,

v.

JEFFREY D. SERVIN, Esq., and
SERVIN ASSOCIATES,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 8, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 8 day of September, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/  A. Garcia Garcia
                Deputy Clerk