```
                                              FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF COLORADO

                                         2017 OCT -6 PM 3:46
```

# THE UNITED STATES DISTRICT COURT FOR THE JEFFREY P. COLWELL
# DISTRICT OF COLORADO                              CLERK

BY_____DEP. CLK

VICKI DLLARD CROWE, *pro se*
Plaintiff,

v.

JEFFEREY D. SERVIN, ESQ., ET AL,
Defendants.                               Case No. **17-cv-01344** —LTB

---

## NOTICE OF APPEAL

---

Appearing *pro se*, Plaintiff VICKI DLLARD CROWE files this **NOTICE OF APPEAL** due to the grave injustice she has suffered by the Defendants, and now, a dense miscarriage of justice due to the district court's ruling to dismiss her case.

*Pro se* Plaintiff VICKI DLLARD CROWE appeals the final order/judgment entered upon or about September 8, 2017, along with any other appealable orders/judgments/directives made in this case by this lower Court.

*Pro se* Plaintiff VICKI DLLARD CROWE, notwithstanding the injustice suffered by the Defendants *prima facie*, and though inarguably filing this matter in good faith, **explicitly** based on the direct instructions of the initial ruling judge, Judge Brooke Jackson, this Court has denied her just and lawful request to receive remedy. To add to that, though she is indigent and has filed requisite paperwork proving the same- for which this court waived all prior fees and the magistrate judge found Plaintiff compliant in all respects - the ruling judge refused to waive the appeals filing fee.

As such, *Pro se* Plaintiff VICKI DLLARD CROWE * requests an appeal *pro se* packet from the 10th Circuit Court of Appeals; any and all associated requisite appeals forms needed; and that it waives the appeals fee; as it is plain that this case was filed at the direction of Judge Jackson and in good faith with provable indigent status. Finally, if it pleases the Appeals Court, Plaintiff requests that it assign her an attorney on this matter in order to sort out any possibility of bad faith filing, thus speeding the economy of this appeal.

Respectfully submitted this 6th day of October, 2017.

_____

*Pro se* Plaintiff VICKI DLLARD CROWE
P. O. Box 460473 - Glendale, CO 80246 - (720)312-1661(p)

## CERTIFICTE OF SERVICE

The foregoing was served this 10/6/17 to Jeffery D. Servin, Esq. via US postage paid mail to:

1800 JFK Blvd. Ste. 300 Philadelphia, PA 19103 &
1500 Market St. Centre Square East Tower, 12th
Floor, Philadelphia, PA 19102

_____

*Pro se* Plaintiff VICKI DLLARD CROWE